CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID HEATH HYATT, et al., individually and on behalf of all others similarly situated, | Civil Action No. 7:10CV00278 |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL** |
| THE TOWN OF WYTHEVILLE, | |
| Defendants. | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

The court has before it the parties' *Stipulation of Dismissal with Prejudice,* which is endorsed by counsel for all parties in this case.

It is accordingly

### ADJUDGED and ORDERED

that the above-styled matter shall be, and it hereby is, **DISMISSED** with prejudice, and the case be stricken from the active docket of this court, each party to bear its own costs and attorney's fees.

The Clerk is directed to send a certified copy of this order to all counsel of record.

Enter this 31st day of March, 2011.

/s/ Glen E. Conrad
Chief United States District Judge